## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re:  Lancaster Mortgage Bankers, LLC
Debtor

Case No.: 07−22479−MBK
Chapter 7

Peggy E. Stalford, Trustee
Plaintiff

v.

IndyMac Bank, FSB and as Successor in Interest to
IndyMAc Mortgage Holdings, Inc.
Defendant

Adv. Proc. No. 08−01174−MBK                                    Judge: Michael B. Kaplan

---

### NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on June 10, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 30 − 10, 11
Copy of MEMORANDUM DECISION WHICH AMENDS PRIOR DOCKETED OPINIONS (related document:[10] Motion For Summary Judgment in favor of Defendant Indymac Bank F.S.B. filed by Defendant IndyMac Bank, FSB and as Successor in Interest to IndyMAc Mortgage Holdings, Inc., [11] Cross Motion re: Summary Judgment (related document:[10] Motion For Summary Judgment in favor of Defendant Indymac Bank F.S.B. filed by Defendant IndyMac Bank, FSB and as Successor in Interest to IndyMAc Mortgage Holdings, Inc.) filed by Plaintiff Peggy E. Stalford, Trustee). The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 6/4/2008. (slf, )

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 10, 2008
JJW: slf

James J. Waldron
Clerk